IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 18-30078-DRH |
| vs. | ) Title 18, |
| | ) United States Code, |
| CHRISTOPHER W. VANBIBBER, and | ) Section 472 |
| LENA M. PETERSON | ) |
| Defendants. | ) |

FILED
APR 17 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Passing Counterfeit United States Currency

On or about March 3, 2018, in Madison County, within the Southern District of Illinois,

**CHRISTOPHER W. VANBIBBER**, and
**LENA M. PETERSON**,

Defendants herein, with intent to defraud, did pass, and attempt to pass to Girl Scouts, who were at the time selling cookies at a business located in Highland, Illinois, falsely made, forged and counterfeited obligation of the United States, that is, Federal Reserve Notes in in twenty dollar denominations, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

_____
DONALD S. BOYCE
United States Attorney

_____
RANLEY R. KILLIAN
Assistant United States Attorney

Recommended Bond: $25,000 unsecured