# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT FEE

CJA 23
Rev. 5/98

FILED
MAY 03 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

IN UNITED STATES: ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States v. Christopher W. Vanbibber and Lena M. Peterson

FOR: Southern District of Illinois
AT: East St. Louis, Illinois

LOCATION NUMBER: [blank]

PERSON REPRESENTED (Show your full name): Lena M. Peterson

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: [blank]
District Court: 18-30078-DRH-2
Court of Appeals: [blank]

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony ☐ Misdemeanor
18 USC Sec. 472

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: [blank]
IF YES, how much do you earn per month? $ [blank]
IF NO, give month and year of last employment: 2010
How much did you earn per month? $ ?
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ [blank]
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ [blank]

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $11,000 / $1,400
SOURCES: SSI / Food Stamps

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ [blank]

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: [blank]
DESCRIPTION: [blank]

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: [blank]

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | — | $500 |
| | Medical Bills | $1,300 | — |
| | Verizon | $1,100 | — |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 5-3-18

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Lena Peterson