**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUN 19 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 18-CR-30078-DRH |
| ) | |
| vs. ) | Title 18, |
| ) | United States Code, |
| CHRISTOPHER CHARLES VANBIBBER, ) | Section 472 |
| and   LENA M. PETERSON ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Passing Counterfeit United States Currency

On or about March 3, 2018, in Madison County, within the Southern District of Illinois,

**CHRISTOPHER CHARLES VANBIBBER, and
LENA M. PETERSON,**

Defendants herein, with intent to defraud, did pass, and attempt to pass to Girl Scouts, who were at the time selling cookies at a business located in Highland, Illinois, falsely made, forged and counterfeited obligation of the United States, that is, Federal Reserve Notes in in twenty dollar denominations, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

DONALD S. BOYCE
United States Attorney

RANLEY R. KILLIAN
Assistant United States Attorney

Recommended Bond: $25,000 unsecured