**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   18-30078-DRH |
| | ) | |
| LENA M. PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR DETENTION

**WILLIAMS, Magistrate Judge:**

On June 21, 2018 Defendant Lena M. Peterson appeared with counsel for a hearing on the government's Motion to Revoke Bond pursuant to **18 U.S.C. § 3148(b).**  Defendant was granted bond on May 3, 2018.  Her change of plea hearing is set for June 28, 2018.  The government alleged that Defendant violated conditions of her bond as she tested positive or admitted the use of methamphetamine, has failed to participate in inpatient substance abuse treatment, and failed to attend self-help group sessions.  Defendant conceded that the government could establish that she violated her conditions of release.  **§ 3148(b)(1)(A) & (B).**  The Court further found that Defendant is unlikely to abide by any condition or combination of conditions of release. **§ 3148(b)(2)(B).**  The Court also found that there are no conditions or combinations of conditions of release that will reasonably assure that Defendant will not pose a danger to the safety of any other person or the community.  **§ 3148(b)(2)(A).**  Defendant's bond is therefore revoked and Defendant is ordered **DETAINED** pending her change of plea.

Pursuant to **18 U.S.C. § 3142(i)(2)-(4),** the Court directs that:

1.    The Defendant be committed to the custody of the Attorney General for

confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

2.  The Defendant be afforded reasonable opportunity for private consultation with counsel; and

3.  That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.
DATED: June 25, 2018

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge