IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-30078-DRH |
| | ) | |
| LENA M. PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois through Ranley R. Killian, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the Defendant, Lena M. Peterson, represented by her attorney, Daniel G. Cronin, pertaining to the conduct of the Defendant charged in the Superseding Indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. That on or about March 3, 2018, Lena M. Peterson, did pass counterfeit twenty dollar Federal Reserve Notes to Girl Scouts, who were at the time selling cookies at a business located in Highland, Illinois.

2. That Lena Peterson did know at the time that the Federal Reserve Notes were in fact counterfeit.

3. That in passing the Federal Reserve Notes, the defendant acted with intent to defraud the Girl Scouts.

All in violation of Title 18, United States Code, Section 472.

SO STIPULATED:

UNITED STATES OF AMERICA,

DONALD S. BOYCE
United States Attorney

_____
LENA M. PETERSON
Defendant

_____
RANLEY R. KILLIAN
Assistant United States Attorney

_____
DANIEL G. CRONIN
Attorney for Defendant

Date: 6-28-18

Date: 6/28/18

2